UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Case No. 3:11CR53(2)TMR |
| vs. | : | The Honorable Thomas M. Rose |
| | : | |
| ALVIN SANDERSON | : | **ORDER OF DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses against only the defendant Alvin Sanderson the indictment pending against him in this case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Brent G. Tabacchi
BRENT G. TABACCHI (6276029 IL)
Attorneys for Plaintiff
602 Federal Building
200 West Second Street
Dayton, OH 45402
Telephone: (937) 225-2910
Fax: (937) 225-2564
brent.tabacchi@usdoj.gov

**Leave of Court is granted for the filing of the foregoing Order of Dismissal.**

12-29-11
Date

HONORABLE THOMAS M. ROSE
**UNITED STATES DISTRICT JUDGE**