# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,    :    Case No. 3:11-cr-053
                          Also Case No. 3:13-cv-172

                          District Judge Thomas M. Rose
   -vs-                    Magistrate Judge Michael R. Merz
                      :

MICHAEL EVANS,

    Defendant.

## ORDER FOR MEMORANDUM AND ANSWER

Defendant has filed a Motion to Vacate, Set Aside, or Correct a Sentence, pursuant to 28 U.S.C. §2255 (Doc. No. 58). The matter is before the Court for initial consideration under Rule 4 of the Rules Governing §2255 Motions. The matter has been referred to United States Magistrate Judge Michael R. Merz pursuant to the General Order of Assignment and Reference for the Dayton location of court.

It does not plainly appear from the face of the motion, the annexed exhibits, and the prior proceedings in the case that Defendant is not entitled to relief. Defendant has requested the opportunity to file a memorandum in support of his Motion. That request is granted and the memorandum shall be filed not later than July 1, 2013. The United States Attorney shall, not later than thirty days after the memorandum is filed, file an answer conforming to the requirements of Rule 5 of the Rules Governing §2255 Cases. Specifically, said answer shall

1

respond to each allegation made in the Motion, raise any affirmative defenses available to the United States, and state whether Defendant has previously received an evidentiary hearing on any of the matters he now raises or whether he is entitled, in the Government's view, to an evidentiary hearing in this proceeding.

Defendant may, not later than twenty-one days after the Answer is filed, file and serve a reply or traverse to the Answer. If the Government files a motion to dismiss, Defendant's time to file a memorandum in opposition will likewise be twenty-one days from service, as provided in S. D. Ohio Civ. R. 7.2(a).

May 29, 2013.

s/ *Michael R. Merz*<br>United States Magistrate Judge